# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**OSCAR SAYLES**                    **PLAINTIFF**

**VS.**

                 **CIVIL ACTION NO. 2:07-CV-00152-WAP-EMB**

**DERRICK TUCKER, DEPUTY SHERIFF
OF TUNICA COUNTY, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITY**                    **DEFENDANTS**

## ORDER GRANTING LEAVE TO DEPOSE PRISONER

**BEFORE THE COURT** is Defendant's Motion to Compel Plaintiff to submit to a deposition or in the alternative for Leave of Court to Depose Plaintiff [dckt. entry #14]. Having duly considered the Motion and the record, the Court is of the opinion that Defendant's Motion to Depose Plaintiff pursuant to FED.R.CIV.P. 30(a)(2) should be granted.

**THEREFORE, IT IS ORDERED** that the instant Motion is hereby **GRANTED**, and Plaintiff shall submit to a deposition to be scheduled and conducted by counsel for Defendant Tucker in accordance with any reasonable guidelines required by the prison facility where Plaintiff is confined, and in any event on or before the discovery deadline.

This, the 6th day of March, 2008.

                                                  /s/ Eugene M. Bogen
                                                  U. S. MAGISTRATE JUDGE